# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Block, Robert N. | C.D. of California | 08/05/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (full-time) | ☐ Nomination Date ☐ Initial ☐ Annual ☑ Final | 01/01/2015 **to** 07/27/2015 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Ronald Reagan Fed. Bldg & US Courthouse
411 W. 4th St
Santa Ana, California 92701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General Partner (passive) | MSK Realty Co. (interest=approx. 1%) |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-employed doctor |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 08/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Block, Robert N.** | 08/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MS&K Realty Co. investment (Los Angeles, California) | | None | J | W | | | | | |
| 2. Wells Fargo Bank accounts | A | Interest | M | T | | | | | |
| 3. Prudential Financial Inc. common stock | | None | L | T | | | | | |
| 4. Citibank accounts | A | Interest | L | T | | | | | |
| 5. BofA Beyond Banking accounts | A | Interest | K | T | | | | | |
| 6. Capital One Bank accounts | A | Interest | J | T | | | | | |
| 7. Chase Bank accounts | A | Interest | M | T | Open | 05/18/15 | M | | |
| 8. Note receivable--Bella Mar RV Park LLC | | None | L | W | | | | | |
| 9. Note Receivable--Phair Real Estate Acquisition Fund | | None | K | W | | | | | |
| 10. RETIREMENT PLAN TRUST | | | | | | | | | |
| 11. ---BofA Cash/Money Mkt accts | A | Dividend | J | T | | | | | |
| 12. ---Loomis Sayles Strategic Inc Fd | A | Dividend | | | Sold | 05/01/15 | K | C | |
| 13. ---Kinder Morgan Management LLC | B | Dividend | K | T | Sold (part) | 02/05/15 | J | B | |
| 14. ---Doubleline Total Return Fd | B | Dividend | L | T | Buy (add'l) | 05/01/15 | J | | |
| 15. ---Blackrock Global Allocation Fd | B | Dividend | M | T | Buy (add'l) | 05/01/15 | K | | |
| 16. ---FPA Crescent Fd | A | Dividend | M | T | Sold (part) | 05/01/15 | K | A | |
| 17. ---PIMCO Income Fd | C | Dividend | M | T | Buy (add'l) | 05/01/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Block, Robert N.** | 08/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---PIMCO All Asset Fd | B | Dividend | L | T | Sold (part) | 05/01/15 | L | | |
| 19. ---Highland Global Allocation Fd | C | Dividend | M | T | Buy (add'l) | 05/01/15 | K | | |
| 20. ---Eaton Vance All Asset Strategy Fd | | None | L | T | Buy | 05/01/15 | L | | |
| 21. ---Principal Diversified Real Asset Fd | | None | K | T | Buy | 05/01/15 | K | | |
| 22. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 23. ---BofA Cash/Money Mkt accts | A | Interest | K | T | | | | | |
| 24. ---San Jose CA Rdv Agy Tax Aug 1, 15 | A | Interest | K | T | | | | | |
| 25. ---California St FSA-CR Mar 1, 17 | B | Interest | | | Redeemed (part) | 04/17/15 | K | | |
| 26. | | | | | Redeemed | 05/29/15 | J | | |
| 27. ---San Fran Ca Cy-Co Pub Wtr Rev Ser A Nov 1, 18 | B | Interest | L | T | | | | | |
| 28. ---California St Var Purp 2016 | A | Interest | K | T | | | | | |
| 29. ---California St Var Purp 2019 | A | Interest | K | T | | | | | |
| 30. ---Riverside CA Elec Rev | A | Interest | K | T | | | | | |
| 31. ---California St Var Purp 2021 | A | Interest | K | T | | | | | |
| 32. ---CD Discover Bank of Greenwood | A | Interest | | | Redeemed | 01/30/15 | L | | |
| 33. ---CD Bank of Baroda New York | | None | M | T | Buy | 05/15/15 | M | | |
| 34. BROKERAGE ACCOUNT #2 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 08/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---BofA Cash/Money Mkt accts | A | Interest | J | T | | | | | |
| 36. ---Energy Transfer Partners LP | B | Dividend | L | T | | | | | |
| 37. ---Kinder Morgan Management LLC | C | Dividend | L | T | | | | | |
| 38. ---Magellan Midstream Partners LP | A | Dividend | K | T | | | | | |
| 39. ---Plains All Amern PIPL LP | B | Dividend | K | T | | | | | |
| 40. ---William Partners LP | A | Dividend | | | Sold | 05/05/15 | K | | |
| 41. ---Buckeye Partners LP | B | Dividend | K | T | | | | | |
| 42. ---Apple Inc. | A | Dividend | L | T | | | | | |
| 43. ---Atlas Pipeline Partners LP | A | Dividend | | | Merged (with line 44) | 03/03/15 | K | | |
| 44. ---Targus Resources Partners LP | A | Dividend | | | Sold | 05/05/15 | K | | |
| 45. ---Capital Senior Living | | None | | | Sold | 05/05/15 | K | B | |
| 46. ---CD Discover Bank of Greenwood | A | Interest | | | Redeemed | 01/30/15 | K | | |
| 47. ---SPDR Blackstone/GSO Senior Loan ETF | A | Dividend | L | T | Buy | 05/05/15 | L | | |
| 48. ---SPDR Regional Bank ETF | A | Dividend | L | T | Buy | 05/05/15 | K | | |
| 49. ---CD Bank of India New York | | None | K | T | Buy | 05/07/15 | K | | |
| 50. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 51. ---BofA Cash/Money Mkt accts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 08/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---Blackrock Global Alloc Fd | A | Dividend | K | T | | | | | |
| 53. --FPA Crescent Fd | A | Dividend | K | T | Sold (part) | 05/01/15 | J | A | |
| 54. ---PIMCO Income Fd | A | Dividend | K | T | | | | | |
| 55. ---PIMCO All Asset Fd | A | Dividend | K | T | Sold (part) | 05/01/15 | K | | |
| 56. ---Highland Global Allocation Fd | A | Dividend | K | T | | | | | |
| 57. ---Eaton Vance All Asset Strategy Fd | | None | K | T | Buy | 05/01/15 | K | | |
| 58. ---Principal Diversified Real Asset Fd | | None | J | T | Buy | 05/01/15 | J | | |
| 59. BROKERAGE ACCOUNT #5 | | | | | | | | | |
| 60. --BofA Cash/Money Mkt accts | A | Interest | J | T | | | | | |
| 61. ---Blackrock Global Alloc Fd | A | Dividend | L | T | | | | | |
| 62. ---FPA Crescent Fd | A | Dividend | K | T | Sold (part) | 05/01/15 | K | A | |
| 63. ---PIMCO Income Fd | B | Dividend | L | T | | | | | |
| 64. ---PIMCO All Asset Fd | A | Dividend | K | T | Sold (part) | 05/01/15 | K | | |
| 65. ---Highland Global Allocation Fd | A | Dividend | L | T | | | | | |
| 66. ---Eaton Vance All Asset Strategy Fd | | None | K | T | Buy | 05/01/15 | K | | |
| 67. ---Principal Diversified Real Asset Fd | | None | K | T | Buy | 05/01/15 | K | | |
| 68. IRA ACCOUNT #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 08/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   ---FIA Card Services RASP acct | A | Interest | J | T | | | | | |
| 70.   ---Powershares ETF Trust | A | Dividend | K | T | | | | | |
| 71.   IRA ACCOUNT #2 | | | | | | | | | |
| 72.   ---FIA Card Services RASP acct | A | Interest | J | T | | | | | |
| 73.   ---Western Asset Middle Mkt Inc Fd | B | Dividend | K | T | | | | | |
| 74.   IRA ACCOUNT #3 | | | | | | | | | |
| 75.   ---FIA Card Services RASP acct | A | Interest | J | T | | | | | |
| 76.   ---Blackrock Global Allocation Fd | A | Dividend | K | T | | | | | |
| 77.   ---FPA Crescent Fd | A | Dividend | K | T | Sold (part) | 05/01/15 | K | A | |
| 78.   ---PIMCO Income Fd | A | Dividend | K | T | | | | | |
| 79.   ---PIMCOAll Asset Fd | A | Dividend | K | T | Sold (part) | 05/01/15 | K | | |
| 80.   ---Highland Global Allocation Fd | A | Dividend | K | T | | | | | |
| 81.   ---Eaton Vance All Asset Strategy Fd | | None | K | T | Buy | 05/01/15 | K | | |
| 82.   ---Principal Diversified Real Asset Fd | | None | J | T | Buy | 05/01/15 | J | | |
| 83.   BROKERAGE ACCT #6 | | | | | | | | | |
| 84.   ---BofA cash/money market accts | A | Interest | K | T | | | | | |
| 85.   ---University CA Rev 2015 | A | Interest | | | Redeemed | 05/15/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 08/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86.  ---California St Var Purp 2016 | A | Interest | K | T | | | | | |
| 87.  ---California St Dept Water 2017 | A | Interest | K | T | | | | | |
| 88.  ---CD Discover Bank of Greenwood | A | Interest | | | Redeemed | 01/30/15 | L | | |
| 89.  ---CD Bank of Baroda New York | | None | M | T | Buy | 05/12/15 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. All of the listed investments except for Item No. 6 are held in the living trust my wife and I have established. (See also Part I, Item No. 2).

Part VII. Except as indicated, there were no gains realized on any of the sales or redemptions reported. To avoid confusion when comparing this finalreport to my 2014 annual report, I kept the account titles (e.g., Brokerage Acct #1, etc.) the same as in the annual report. This again meant skipping from Brokerage Acct #2 to Brokerage Acct #4, because no assets were held during the year in Brokerage Acct #3.

Part VII, Item No. 1. As I have previously reported, the building in which MS&K Realty held an ownership interest was sold in 2005; and a portion of the sales proceeds was held back as a preferred equity interest, and remained to be paid by the buyer and distributed to the MS&K Realty partners. My current best estimate of my share of the remaining future distributions is reported in Column C. Because my investment has not been entirely liquidated, I have continued to list my partnership position in Part I (see Item No. 1).

Part VII, Item Nos. 8 and 9. These entries represent private commercial real estate investments.

Part VII, Item Nos. 11, 23, 35, 51, 60, 69, 72, 75, and 84. These entries represent cash accounts and money market funds that function essentially as bank accounts for partiicular brokerage accounts. They sometimes are referred to as "core" accounts. Consistent with my previous reports, I have not reported as separate transactions each deposit of interest or dividends into these "core" accounts, or each time proceeds from the sale or redemption of another investment was deposited into these "core" accounts, or each time funds were withdrawn from a "core" account to purchase another investment.

Part. VII, Item Nos. 43 and 44. After Atlas Pipeline Partners LP was acquired by Targus Resources Partners LP, my investment in the former was exchanged on 03/03/15 for an investment in the latter. The sale of that investment on 05/05/15 is reflected in Column D.

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Robert N. | 08/05/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert N. Block**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544